

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EAG:EMN
F.#2008R01634

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 19, 2011

<u>By ECF and Hand</u>

The Honorable Sandra L. Townes
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  <u>United States v. Bartolomeo Vernace, et al.</u>
           <u>Criminal Docket No. 11-005 (SLT)</u>

Dear Judge Townes:

      The government respectfully submits this letter in response to a point made in the May 13, 2011 letter filed by Mr. Corozzo, counsel for the defendant Robert Wehnert, in connection with the <u>Curcio</u> proceeding scheduled for May 20, 2011. With regard to the drug treatment matter concerning Anthony Ruggiano, Mr. Corozzo contends that he himself never "lied to the Court or made any misrepresentation concerning Mr. Ruggiano's drug history." (Letter at 3). Ruggiano does not contend otherwise.

      The government further submits that it is premature and unnecessary at this juncture for the defendant to seek evidentiary rulings with regard to any testimony the government may offer through Ruggiano at trial, whether regarding drug treatment or other aspects of his prior relationship with Mr. Corozzo. The purpose of the instant proceeding is rather to


2

fully inform the defendant of the potential conflicts that exist so that any waiver of those potential conflicts is knowing and intelligent.

                                        Respectfully submitted,

                                        LORETTA E. LYNCH
                                        United States Attorney
                                        Eastern District of New York

                         By:    /s/_____
                              Evan M. Norris
                              Jacquelyn M. Rasulo
                              Assistant U.S. Attorneys
                              (718) 254-6376/6103

cc:  Joseph Corozzo, Esq. (via ECF)
    Morris Fodeman, Esq. (via ECF)
    Clerk of Court (SLT) (via ECF)