# RUBINSTEIN & COROZZO, LLP
### COUNSELORS AT LAW

RONALD RUBINSTEIN
JOSEPH R. COROZZO

———

CARLA SANDERSON

260 MADISON AVENUE
22ND FLOOR
NEW YORK, N.Y. 10016

TELEPHONE (212) 545-8777
FAX (212) 679-1844

March 23, 2012

The Honorable Sandra L. Townes
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States v. Wehnert* 11-cr-05 (SLT)

Dear Judge Townes,

I am writing to request this Court modify Mr. Robert Wehnert's bail conditions to permit him to leave his home for a three hour period on Monday, March 26, 2012 for purposes of personal grooming, including a haircut, and shopping for food and household supplies, with the understanding the specific times and locations will be provided to pre-trial services in advance. In the event the Court deems this request untimely, we kindly request permission be granted for Tuesday, March 27, 2012.

The Government by AUSA Evan Norris and Pre-Trial Services Officer Michael Ilaria have consented to this request.

Very truly yours,

The application is X granted. ___ denied.
SO ORDERED.
s/ SLT
/s/ Sandra L. Townes, U.S.D.J.
Dated: March 23, 2012
Brooklyn, New York

s/ Joseph R. Corozzo
Joseph R. Corozzo

RUBINSTEIN & COROZZO, LLP
*Attorneys for Robert Wehnert*
260 Madison Avenue, 22nd Floor,
New York, NY 10016
(212)545-8777

Cc: US Attorneys via ECF
Michael Ilaria via electronic mail