## RUBINSTEIN & COROZZO, LLP
### COUNSELORS AT LAW

RONALD RUBINSTEIN
JOSEPH R. COROZZO

CARLA SANDERSON

260 MADISON AVENUE
22ND FLOOR
NEW YORK, N.Y. 10016

TELEPHONE (212) 545-8777
FAX (212) 679-1844

May 7, 2012

The Honorable Sandra L. Townes
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States v. Wehnert* 11-cr-05 (SLT)

Dear Judge Townes,

    I write to request this Court modify Mr. Robert Wehnert's bail conditions to permit him to leave his home for a three hour period on May 10, 2012 for purposes of shopping for food and clothing, and for picking up a certificate of disposition for his state case which was dismissed on April 30, 2012. If his request is granted, Mr. Wehnert will provide the specific times and locations to pre-trial services in advance.

    The Government by AUSA Evan Norris and Pre-Trial Services Officer Michael Ilaria have consented to this request.

Very truly yours,

s/ Joseph R. Corozzo
Joseph R. Corozzo

RUBINSTEIN & COROZZO, LLP
*Attorneys for Robert Wehnert*
260 Madison Avenue, 22nd Floor,
New York, NY 10016
(212)545-8777

Cc: US Attorneys via ECF
Michael Ilaria via facsimile