# RUBINSTEIN & COROZZO, LLP
### COUNSELORS AT LAW

RONALD RUBINSTEIN
JOSEPH R. COROZZO

CARLA SANDERSON

260 MADISON AVENUE
22ND FLOOR
NEW YORK, N.Y. 10016

TELEPHONE (212) 545-8777
FAX (212) 679-1844

June 21, 2012

VIA ECF
The Honorable Sandra L. Townes
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States v. Wehnert* 11-cr-05 (SLT)

Dear Judge Townes,

    I write to request this Court modify Mr. Robert Wehnert's bail conditions to remove electronic monitoring and reinstate the conditions of release originally imposed on January 20, 2011. As the Court is aware, electronic monitoring was ordered as a result of the charges against Mr. Wehnert in Queens County, New York. The Queens charges were dismissed on April 30, 2012. Accordingly, we request electronic monitoring be removed and Mr. Wehernt's original bail conditions in the instant case be reinstated with an additional condition prohibiting contact between Mr. Wehnert and the complaining witness and her mother from the now dismissed Queens case.

    The Government by AUSA Evan Norris and Pre-Trial Services Officer Michael Ilaria have consented to this request.

Very truly yours,

s/ Joseph R. Corozzo
Joseph R. Corozzo

RUBINSTEIN & COROZZO, LLP
*Attorneys for Robert Wehnert*
260 Madison Avenue, 22nd Floor,
New York, NY 10016
(212)545-8777

Cc:    US Attorneys via ECF
        Michael Ilaria via facsimile