# RUBINSTEIN & COROZZO, LLP
### COUNSELORS AT LAW

RONALD RUBINSTEIN
JOSEPH R. COROZZO

CARLA SANDERSON

260 MADISON AVENUE
22ND FLOOR
NEW YORK, N.Y. 10016

TELEPHONE (212) 545-8777
FAX (212) 679-1844

July 24, 2012

VIA ECF
The Honorable Sandra L. Townes
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States v. Wehnert* 11-cr-05 (SLT)

Dear Judge Townes,

    I write to request this Court modify Mr. Robert Wehnert's bail conditions to permit Robert Wehnert to attend the memorial service of his long time friend and landlord, Carmela Bongiorno, who passed away suddenly today, July 24, 2012. Mr. Wehnert requests permission to attend the service July 26, 2012 from 2:00pm-5:00pm at Village Chapel Funeral Home located at 67-67 Elliot Avenue, in Middle Village, New York.

    The Government (AUSA Evan Norris and AUSA Amir Toosi) and Pre-Trial Services Officer Michael Ilaria have been contacted regarding this request. As soon as they respond we will forward their responses to the Court.

Very truly yours,

s/ Joseph R. Corozzo
Joseph R. Corozzo

RUBINSTEIN & COROZZO, LLP
*Attorneys for Robert Wehnert*
260 Madison Avenue, 22nd Floor,
New York, NY 10016
(212)545-8777

Cc: US Attorneys via ECF
Michael Ilaria via email